# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215


Receipt
#11091787
$2.90

TEL: (716) 831-1994

May 10, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    **BLATCHLEY, JOSEPH M.**    /Case # <u>08-11263</u>
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $<u>2.90</u>. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant <u>Navy Federal Credit Union</u>    Amount $ <u>    2.90</u> Claim Register # <u>  7  </u>

                                        JOHN H. RING, III
                                        Trustee

JHR/pls
Enc.


FILED
MAY 1 2 2011
BANKRUPTCY COURT
BUFFALO, NY